DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HEATHER HANSING,**
Appellant,

v.

**TIMOTHY LEE COYLE, JR.,**
Appellee.

No. 4D2025-3739

[May 21, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502025DR001312XXXANB.

Heather Hansing, Tallahassee, pro se.

Marybel Reinoso Coleman of Marybel Reinoso Coleman, P.A., Royal Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***